Sept. 1, 2020

FILED

U.S. District Court for the Western District of Texas

SEP 04 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk's Office

501 West 5th Street, Suite 1100

Austin, Texas  78701

RECEIVED

Re: Civil Action No. 1:20-CV-00806

SEP 4 - 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

This is in response to the above referenced lawsuit or summons delivered to me at my home on Wed., Aug. 26, 2020.

This is to inform the court, in writing, that I, Sarah Ellen Brown of 7720 Log Cabin Road, Holt, FL 32564, have not been involved in this case, I know nothing about it, know none of the other persons or companies involved, and have never been to Austin, Texas, in my life.

This appears to be a case of mistaken identity with someone by the same name as mine; or my name and address was randomly selected from a database and placed on this lawsuit.

I pray that those who have wrongfully accused me, will turn from their wicked ways, and right the wrongs they filed against me. If they don't, I will hire my own attorney.

Please keep me updated regarding this matter.

I can be reached at the above address or by phone at (850) 626-8100.

Yours truly,

Sarah Ellen Brown

xc: Law Office of Jerry Rios



The Jimmy Brown Family
7720 Log Cabin Rd
Holt, FL 32564

CERTIFIED MAIL

PENSACOLA

7019 1640 0001 0147 5505

U.S. District Court for the
Western District of Texas

Clerk's Office
501 W. 5th St., Suite 1100
Austin, TX 78701

78701-381275

UNITED STATES POSTAGE
PITNEY BOWES
$ 004.100
02 1P
0004755090 SEP 01 2020
MAILED FROM ZIP CODE 32564

SCREENED BY CSO
SEP 04 2020