IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INMOBILIARIA BUDA S. DE R.L. DE C.V.; INMOBILIARIA DONA LUCHA S. DE R.L. DE C.V., <br> PLAINTIFFS, <br><br> V. <br><br> SARAH ELLEN BROWN, CALEB PRESTON, AND JENNIFER CAMPBELL, <br> DEFENDANTS. | § § § § § § § § § § § | CAUSE NO. 1:20-CV-806-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing Plaintiffs Inmobiliaria Buda S. de R.L. de C.V. and Inmobiliaria Dona Lucha S. de R.L. de C.V.'s claims against Defendants Sarah Ellen Brown, Caleb Preston, and Jennifer Campbell with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Brown, Preston, and Campbell are awarded costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 21st day of June, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE